IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| KELLY M. MARSHALL, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | 3:13-CV-00954-JO | |
| v. ) | | |
| ) | | |
| CAROLYN W. COLVIN, Acting Commissioner of ) | JUDGMENT | |
| Social Security, ) | | |
| ) | | |
| Defendant. ) | | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 2nd day of July, 2014.

ROBERT E. JONES
United States District Judge

1 - JUDGMENT